**Order entered September 6, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00776-CR

**DEAN THOMAS WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80411-2016**

## ORDER

The State's motion to extend the time for filing a brief is **GRANTED**.  The State's brief,

received on September 4, 2018, is **ORDERED** filed as of the date of this order.


/s/      DAVID L. BRIDGES
PRESIDING JUSTICE